GARY M. MCLAUGHLIN (SBN 217832)
CHRISTOPHER K. PETERSEN (SBN 260631)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Phone:         (310)-229-1000

Attorneys for Defendant,
CEC ENTERTAINMENT, INC.

James M. Trush, Esq. (SBN 140088)
**TRUSH LAW OFFICE, APC.**
695 Town Center Drive, Suite 700
Costa Mesa, CA  92626-7187
Tel.: (714) 384-6390

Todd H. Harrison, Esq. (SBN 230542)
Brennan S. Kahn, Esq. (SBN 259548)
**PERONA, LANGER, BECK, SERBIN, MENDOZA & HARRISON, APC.**
300 East San Antonio Drive
Long Beach, California 90807
Phone: (562) 426-6155; Fax: (562) 490-9823

Attorneys for Plaintiff, RICHARD SINOHUI

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| RICHARD SINOHUI, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CEC ENTERTAINMENT, INC., a Kansas corporation; and DOES 1 through 100, inclusive.<br><br>Defendant. | Case No. 5:14-cv-02516-JLS (KKx)<br><br>[Assigned to Hon. Josephine L. Stanton]<br><br>**STIPULATION AND [PROPOSED] PROTECTIVE ORDER RE DISCOVERY OF IDENTITIES OF CLASS MEMBERS**<br><br>Action Filed:     October 10, 2014 |

1

In this lawsuit, Plaintiff, Richard Sinohui ("Plaintiff"), on behalf of himself and other current and former employees and the general public, seek damages and other relief against Defendant, CEC Entertainment, Inc. ("Defendant"), for alleged violations of the California *Labor Code* and other unlawful business practices alleged in his complaint.  During discovery, Plaintiff requested that Defendant identify all putative class members during the relevant time period. Defendant objected to providing this information based on the privacy protections of Article I, Section I of the California Constitution, among other reasons. The parties met and conferred about the information sought and agreed to a method balancing the Plaintiff's need for the information and the privacy rights of the Defendant and third parties concerned.

**THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff, by and through his counsel of record, James M. Trush of the Trush Law Office, APC. and Todd H. Harrison of Perona, Langer, Beck, Serbin, Mendoza & Harrison, APC., and Defendant, by and through its counsel of record,  Gary M. McLaughlin of Akin Gump Strauss Hauer & Feld, LLP., as follows:

1. Kurtzman Carson Consultants ("KCC" or 'the Administrator"), a third party administrator shall mail the letter attached as Exhibit "A" to all of Defendant's current and former employees who may be members of the putative classes alleged in the complaint.  Defendant will provide to the Administrator the names, last known addresses and last known telephone numbers (to the extent available) within ten (10) calendar days after written notice of the order on this stipulation;

2.  If an individual identified above does not want his/her address or telephone number to be provided to the Plaintiffs, he/she may sign and return the postage-prepaid postcard attached as Exhibit "B";

///

3.	Thirty (30) days after mailing Exhibit "A," the Administrator shall provide Plaintiff with the names, addresses and telephone numbers of all current and former employees who may be a member of the classes alleged in the complaint and who did not sign and return the postcard attached as Exhibit "B". The Administrator shall provide Defendant with a list of those class members who did sign and return the postcard;

4.	Plaintiff's representatives may contact the individuals to discover whether they have knowledge of the alleged *Labor Code* violations and alleged unfair business practices;

5.	Plaintiff shall keep the names and contact information of putative class members and any information discovered by this process confidential, and shall use such information only for purposes of investigating, prosecuting and/or settlement of this litigation only, such information to be treated as Confidential information under the parties' Stipulated Protective Order; and

6.	The parties agree that this procedure is consistent with *Belaire-West Landscape, Inc. v. Sup. Ct.* (2007) 149 Cal.App.4th 554.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.** [1]

Dated:  June 16, 2015	AKIN GUMP STRAUSS HAUER & FELD, LLP
	GARY M. MCLAUGHLIN

	By: _____//s//_____
	Gary M. McLaughlin
	Attorneys for Defendant,
	CEC ENTERTAINMENT, INC.

---

[1] Pursuant to Local Rule 5-4.3.4(a)(2), the filing party has obtained the authorization and approval of all signatories listed to file this stipulation.

| | |
|---|---|
| Dated: June 16, 2015 | TRUSH LAW OFFICE, APC<br>JAMES M. TRUSH |
| | By: _____//s//_____<br>James M. Trush<br>Attorneys for Plaintiff<br>Richard Sinohui |
| Dated: June 16, 2015 | PERONA LANGER BECK SERBIN MENDOZA, APC<br>TODD H. HARRISON |
| | By: _____//s//_____<br>Todd H. Harrison<br>Attorneys for Plaintiff<br>Richard Sinohui |

**FOR GOOD CAUSE SHOWN, IT IS ORDERED.**

Dated: July 15, 2015     By _____
                          Hon. Kenly Kiya Kato
                          United States Magistrate Judge

4

STIPULATION RE DISCOVERY OF IDENTITIES OF CLASS MEMBERS