JAMES M. TRUSH, ESQ., SBN 140088
**TRUSH LAW OFFICE, APC.**
695 Town Center Drive, Suite 700
Costa Mesa, California 92626-7187
Phone: (714) 384-6390; Fax: (714) 384-6391

TODD H. HARRISON, SBN 230542
BRENNAN S. KAHN, SBN 259548
**PERONA, LANGER, BECK, SERBIN, MENDOZA & HARRISON, APC.**
300 E. San Antonio Drive
Long Beach, California 90807-0948
(562) 426-6155   Fax (562) 490-9823

Attorneys for Plaintiff, RICHARD SINOHUI, on behalf of himself and all others similarly situated

# UNITED STATED DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| RICHARD SINOHUI, on behalf of himself and all others similarly situated,<br><br>                Plaintiffs,<br>vs.<br><br>CEC ENTERTAINMENT, INC., a Kansas Corporation; and DOES 1 through 100, inclusive,<br><br>                Defendants<br>_____ | **Case Number:**   5:14-cv-02516-JLS-KKX<br><br>*(Assigned to Hon. Josephine L. Staton)*<br><br>**NOTICE OF SETTLEMENT OF ALL CLAIMS**<br><br>RSC Complaint:            October 10, 2014<br>Date of Removal:          December 5, 2014<br>Class Cert Hrng:          January 8, 2016<br>Final Pretrial Conf.:     May 12, 2017<br>Trial Date:                     June 6, 2017 |

/ / /

/ / /

/ / /

/ / /

1

NOTICE OF SETTLEMENT OF ALL CLAIMS

**TO THE COURT, ALL PARTIES AND THE PARTIES' ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, in the above-entitled matter, Plaintiff, Richard Sinohui ("Plaintiff"), on behalf of himself and all others similarly situated, and Defendant, CEC Entertainment, Inc. ("Defendant"), have agreed to settle and resolve all actions, claims, causes of action and disputes in their entirety.

Plaintiff's individual claims against Defendant, reflecting the first, second, third, fourth, fifth, and eighth causes of action of the operative complaint, shall be resolved as part of a global resolution which includes the above-entitled matter, *Audrae Escobar et al. vs CEC Entertainment, Inc.* (USDC Case no. 2:17-cv-00428-JLS-KK), *Imelda Esqueda et al. vs CEC Entertainment, Inc.* (USDC Case no. 5:17-cv-00492-JLS-KK), *James Funk et al. vs CEC Entertainment, Inc.* (USDC Case no. 3:17-cv-00214-BAS-BGS), *Elizabeth Ann Galassi et al. vs CEC Entertainment, Inc.* (USDC Case no. 3:17-cv-01608 - EMC), *Curtis Harmon et al. vs CEC Entertainment, Inc.* (USDC Case no. 17-cv-02232-JSW), and *Heather Smith vs CEC Entertainment, Inc.* (USDC Case no. 8:16-cv-02238-JLS-KK), reflecting a total of twenty-three (23) plaintiffs, including Plaintiff. As such, the parties anticipate finalizing the global settlement and entering a stipulated dismissal of Plaintiff's individual claims within ninety (90) days of the filing of this notice.

The class members' lone claim against Defendant, reflecting the sixth cause of action in the operative complaint, shall be resolved through a stipulation for class settlement submitted for the Court's approval. The parties anticipate submitting said stipulation to the Court within ninety (90) days of the filing of this notice as well.

The last and remaining seventh cause of action for Civil Penalties under the Private Attorneys General Act of 2004 (*Labor Code* §2698, etc.) has already been dismissed pursuant to the Court's order granting Defendant's Motion to Dismiss on June 24, 2016.

/ / /

/ / /

As a result of this notice of settlement, Plaintiff requests that the May 12, 2017 pretrial conference, the June 6, 2017 trial and all pre-trial deadlines be taken off calendar and stayed pending the dismissal of this action in whole.

Dated: May 5, 2017        **TRUSH LAW OFFICE, APC.**
**PERONA, LANGER, BECK, SERBIN & MENDOZA & HARRISON, APC.**

By:     /s/ Brennan S. Kahn     .
James M. Trush, Esq.
Todd H. Harrison, Esq.
Brennan S. Kahn, Esq.
Attorneys for Plaintiff, Richard Sinohui, on behalf of himself and all others similarly situated.