1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATED DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| RICHARD SINOHUI, on behalf of himself and all others similarly situated,<br><br>          Plaintiffs,<br><br>vs.<br><br>CEC ENTERTAINMENT, INC., a Kansas Corporation; and DOES 1 through 100, inclusive,<br><br>          Defendants<br>_____ | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**Case Number:  5:14-cv-02516-JLS-KK**

*(Assigned to Hon. Josephine L. Staton)*

**ORDER GRANTING JOINT STIPULATION TO MODIFY ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND TO DISTRIBUTE REVISED CLASS NOTICE**

The Court, having read and considered the Joint Stipulation and to Modify Order Granting Plaintiff's Motion for Preliminary Approval of Class Action Settlement and to Distribute Revised Class Notice, and finding good cause,

1

**IT IS HEREBY ORDERED:**

1.     The Court's order granting preliminary approval (Doc. 119) is hereby revised and amended to reflect the Court's preliminary approval of a class action settlement reflecting a maximum settlement amount of $275,000, with deductions of (1) Attorneys' fees not to exceed $91,667.00, (2) costs not to exceed $20,000, (3) a class representative enhancement of $3,000.00 and (4) Settlement Administration Costs of $8,000, thereby providing an estimated net settlement amount available to the class members of approximately $152,303.00, or $1,015.35 per each of the 150 class members, subject to the Court's final approval; and

2.     The Court approves the proposed revised final notice, attached as **EXHIBIT C** to the Parties stipulation, as to its form and content, and, further, permits its distribution in accordance with the notice plan outlined in the Settlement Agreement and approved in the Court's Order granting Preliminary Approval of the Class Action Settlement (Doc. 119).

Dated:  February 12, 2018

_____
HON. JOSEPHINE L. STATON
United States District Court Judge