# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| RICHARD SINOHUI, on behalf of himself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>vs.<br><br>CEC Entertainment, Inc., a Kansas corporation; DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. **5:14-CV-02516-JLS-KK**<br>*Assigned to: Hon. Josephine L. Staton*<br><br>**JUDGMENT** |

For the reasons set forth in the Court's Order Granting Plaintiffs' Motion for Final Approval of Class Action Settlement and Granting in Part Plaintiffs' Motion for Attorneys' Fees and Costs (Doc. 137), **THE COURT HEREBY ORDERS**:

1. This Judgment incorporates by reference the definitions in the Joint Stipulation of Class Action Settlement and Release ("Settlement Agreement") and all terms defined therein shall have the same meaning in this Judgment;
2. Rust Consulting shall distribute the Individual Settlement Payments to Class Members in accordance with the provisions of the Settlement Agreement;
3. Richard Sinohui shall receive a Class Representative Service Payment of $3,000.00;
4. Rust Consulting shall receive $8,000 for costs of settlement administration;
5. Class Counsel shall receive $82,500.00 in attorneys' fees and $20,000.00 in costs;
6. The Releases set forth in the Settlement Agreement shall have full force and effect, and the Released Claims as defined in the Settlement, are hereby released;
7. The Clerk shall enter a judgment of dismissal with prejudice;
8. Without affecting the finality of this matter, this Court shall retain continuing jurisdiction over this action and the parties, including all Class Members, for purposes of supervising, administering, implementing, enforcing, and interpreting the Settlement Agreement, and the claims process thereunder.

**IT IS SO ORDERED**

Dated: October 22, 2018      _____
　　　　　　　　　　　　　　　Josephine L. Staton
　　　　　　　　　　　　　　　United States District Judge